UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-151-FDW

| | |
|---|---|
| ALFONZO CABALLERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER OF INSTRUCTIONS |
| | ) |
| PHILLIP BONEY, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its own motion. The *pro se* incarcerated Plaintiff has filed several documents in this case in Spanish that have now been translated. (Doc. Nos. 34, 40, 49, 50, 52). The Clerk of Court is hereby directed to make these translations a part of the record in the instant case. It is thereupon

**ORDERED AND ADJUDGED** that the Clerk of Court shall cause the attached documents to be made a part of the record in the instant case.

Signed: June 24, 2019

Frank D. Whitney
Chief United States District Judge